```
                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF NEW HAMPSHIRE
```

United States of America,
    Plaintiff,

  v.                                                        Cr. No. 98-44-04-JD

Annette Pagan,
    Defendant,

  and

Southern Auto Finance Company,
    Garnishee.

### ASSENTED-TO FINAL ORDER OF CONTINUING GARNISHMENT

The parties, the United States of America, plaintiff, and Annette Pagan, defendant, agree and stipulate as follows:

1. A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee on April 20, 2009.  Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on April 24, 2009, stating that at the time of service of the Writ, it had in its possession, custody, or control, personal property in the form of non-exempt disposable earnings belonging to and due defendant, Annette Pagan, and that Garnishee was indebted to defendant in the bi-weekly non-exempt disposable amount of approximate $295.11.

2. The defendant, Annette Pagan, was served with a copy of the Application, Clerk's Notice and Writ of Continuing Garnishment on April 20, 2009.

3. The defendant, Annette Pagan, waives her right to a hearing pursuant to 28 U.S.C. § 3205.

4. The parties agree and stipulate to the entry of a final order of continuing garnishment against the defendant, Annette Pagan, in the amount of seventy five dollars and 00/100 cents ($75.00) of the defendant's bi-weekly non-exempt disposable earnings from the first full pay period after April 20, 2009, until the Judgment is paid in full or the Garnishee no longer has possession, custody, or control of any property belonging to the defendant or until further Order of this Court.

5. Payments shall be made payable to Clerk, U.S. District Court and mailed to U.S. District Court, 55 Pleasant Street, Room 110, Concord, NH 03301.

6. The defendant shall keep the United States currently informed, in writing, of any change in her employment, place of residence, or telephone number. Defendant shall provide such information to the United States Attorney's Office at 53 Pleasant Street, 4th Floor, Concord, NH 03301.

Respectfully submitted,

| | |
|---|---|
| ANNETTE PAGAN | MICHAEL J. GUNNISON |
| Pro Se Defendant | Acting United States Attorney |
| | |
| By: /s/ Annette Pagan | By: /s/ Michael T. McCormack |
| Annette Pagan, pro se | Michael T. McCormack (#16470) |
| 7802 NW 73rd Terrace | United States Attorney's Office |
| Tamarac, FL 33221 | 53 Pleasant Street, 4th Floor |
| | Concord, NH 03301 |
| | (603) 225-1552 |
| | Michael.McCormack2@usdoj.gov |
| DATED: May 22, 2009 | DATED: May 26, 2009 |

**APPROVED AND SO ORDERED THIS** 26th **DAY OF** May , 2009.

                                              /s/ Joseph A. DiClerico, Jr.
                                              U.S. District Court Judge